# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD W. COLLINS,<br><br>        Plaintiff,<br><br>vs.<br><br>RYAN BAILEY, *et al.*,<br><br>        Defendant. | **Case No. 2:23-cv-00490-RFB-MDC**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION (ECF NO. 88)** |

The Court has reviewed plaintiff's Motion (ECF No. 88). Plaintiff states that he has not received a copy of the Court's 01/16/2026 Order (ECF No. 87). *ECF No. 88*. It appears that the Order was not delivered by mail to the Northern Nevada Correctional Center, the prison where plaintiff is currently incarcerated. It also appears that the Order has been sealed. Therefore, **IT IS SO ORDERED** that the Motion is **GRANTED**. The Court kindly instructs the Clerk of Court to unseal the Court's 01/16/2026 Order (ECF No. 87) and to mail the Order to the following address:

**Ronald W. Collins**

**67184**

**Northern Nevada Correctional Center**

**PO Box 7000**

**Carson City, NV 89702.**


      **IT IS SO ORDERED.**

      DATED: January 27, 2026.

                            _____

                            Hon. Maximiliano D. Couvillier, III<br>                            United States Magistrate Judge

1

**<u>NOTICE</u>**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**