# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

RONALD W. COLLINS,

      Plaintiff,

    v.

RYAN BAILEY, *et al.*,

      Defendants.

Case No. 2:23-cv-00490-RFB-MDC

**DISMISSAL ORDER**

Before the Court is the Report and Recommendation of the Honorable Magistrate Judge Maximiliano D. Couvillier III, which was submitted on November 19, 2025. See ECF No. 82. Generally, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A party may file specific written objections to the findings and recommendations of a magistrate judge. See id.; see also Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. See Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by December 3, 2025. No objections were filed by that date. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

///

///

Therefore, **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 3) is **ACCEPTED** and **ADOPTED** in full. Defendants' Motion to Enforce the Parties' Settlement Agreement (ECF No. 76) is **GRANTED**, as modified by Magistrate Judge Couvillier's Report and Recommendation.

**IT IS FURTHER ORDERED** this case is **DISMISSED** with prejudice. The Clerk of Court is kindly instructed to enter judgment accordingly and close this case.

**DATED:** February 4, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**